# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT ||||
|---|---|---|---|
| **CASE TITLE**<br><br>FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>*Plaintiffs-Appellants*,<br><br>v.<br><br>CITITRUST BAHAMAS LIMITED; DON CHIMANGO SA,<br><br>*Defendants-Appellees*. | **DISTRICT**<br><br>United States District Court for the Southern District of New York || **DOCKET NUMBER**<br><br>21-cv-03526 (VSB) |
| | **JUDGE**<br><br>Judge Vernon Broderick || **APPELLANT**<br><br>FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof |
| | **COURT REPORTER**<br>N/A || **COUNSEL FOR APPELLANT**<br><br>David J. Molton<br>BROWN RUDNICK LLP<br>7 Times Square<br>New York, New York 10036<br>Tel: 212-209-4800<br>Fax: 212-209-4801<br>E-mail: dmolton@brownrudnick.com |

| | |
|---|---|
| **Check the applicable provision:**<br><br>☐ I am ordering a transcript.<br><br>☑ I am not ordering a transcript.<br><br>    **Reason for not ordering a transcript:**<br><br>    ☐ Copy is already available<br><br>    ☑ No transcribed proceedings<br><br>    ☐ Other (Specify in the space below): | **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)<br><br><br><br><br><br><br>**METHOD OF PAYMENT**  ☐ Funds  ☐ CJA Voucher (CJA 21) |
| **INSTRUCTIONS TO COURT REPORTER:**<br><br>☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br><br>☐ PREPARE TRANSCRIPT OF TRIAL<br><br>☐ PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS<br><br>☐ OTHER (Specify in the space below): | **DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)** |

**If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript.** *See* **FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /s/ *David J. Molton* | October 18, 2022 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017